```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16514
   STEVEN P MORRIS
   JENNIFER C MORRIS                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5065     SSN XXX-XX-9659
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/13/06 and confirmed on 02/22/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 8161.84 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 247.09 | .00 | 247.09 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ARTHRITIS MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 518.52 | .00 | 518.52 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORE SOURCE | UNSECURED | NOT FILED | .00 | .00 |
| DOG FANCY | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 218.54 | .00 | 218.54 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 4686.00 | .00 | 4686.00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SPORTS MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 255.66 | .00 | 255.66 |
| RMCB | UNSECURED | NOT FILED | .00 | .00 |
| SALLY BEAUTY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SCHARRINGTON FAMILY DENT | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SMITHSONIAN MAGAZINE | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| SUTTON ROAD ANIMAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 132.36 | .00 | 132.36 |

Summary of disbursements:

```
                       SECURED       PRIORITY    UNSECURED         OTHER          TOTAL
----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      247.09            .00      5811.08           .00        6058.17
PRINCIPAL PAID          247.09            .00      5811.08           .00        6058.17
INTEREST PAID              .00            .00          .00           .00            .00
TOTAL PAID              247.09            .00      5811.08           .00        6058.17
```
The Debtor's attorney, COSTELLO & COSTELLO             , was allowed $   2500.00
and was paid $   1126.00   direct and $   1374.00   through the plan.

The Trustee received $     369.30 .

Refunds to the Debtor totaled $    360.37 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 06 B 16514 STEVEN P MORRIS & JENNIFER C MORRIS